G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
DARNELLA FORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELLA FORD, <br><br> Plaintiff, <br><br> vs. <br><br> MCKELLAR GROUP ; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 14-cv-00552-BRO-JC <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff, DARNELLA FORD, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, MCKELLAR GROUP. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

RESPECTFULLY SUBMITTED,

DATED: April 3, 2014  **PRICE LAW GROUP APC**

By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, MCKELLAR GROUP, at the address stated below, and deposited said envelope in the United States mail.

MCKELLAR GROUP
8200 Wiltshire Blvd, Suite 200
Beverly Hills, California, 90211

By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III